```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    WESTERN DIVISION
```

IN THE MATTER OF THE CONSERVATORSHIP
OF MAE B. MADISON                                              PLAINTIFF

VERSUS                              CIVIL ACTION NO. 5:06cv53-DCB-JMR

CITICORP INVESTMENT SERVICES                                   DEFENDANT

### ORDER OF REMAND

This cause having come before the Court on the plaintiffs' Motion to Remand [**docket entry no. 7**], and the Court having granted the motion in an order; accordingly,

IT IS HEREBY ORDERED that this action is **REMANDED** to the Chancery Court of Wilkinson County, Mississippi.

SO ORDERED, this the 14th day of June, 2006.

                                    S/DAVID BRAMLETTE
                                    UNITED STATES DISTRICT JUDGE